**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/1/26

LYNNEA TROCCHIO,

Plaintiff,

- against -

ZARA USA, INC.,

Defendant.

**26 Civ. 5009 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

The Court is in receipt of the August 31, 2026, letter that Defendant Zara USA, Inc. ("Defendant") submitted regarding Defendant's anticipated motion to dismiss. (See Dkt. No. 20.)

Having reviewed the pre-motion letters, the Court is not persuaded that a pre-motion conference is necessary at this time. Accordingly, the Court directs the parties to advise whether they consent for the Court to deem the pre-motion letters to constitute a fully briefed motion and rule on the basis of those letters, or whether the parties request supplemental briefing. If the parties request full briefing, they shall submit a proposed briefing schedule within two (2) weeks of the date of this Order.

**SO ORDERED.**

Dated: 1 September 2026
New York, New York

Victor Marrero
U.S.D.J.